# EXHIBIT 9

INVOICE FOR IMPROVEMENTS



Asset Management • Leasing
Property Management • Brokerage

# INVOICE

**MARKET SMART**
**300 PERIMETER PARK DRIVE**
**MORRISVILLE, NORTH CAROLINA**

To upfit space as per plans provided by **Market Smart:**

Total Cost: $ 259,430.38

Unexpected work required by the Town of Morrisville inspectors includes code issues and changes required by engineered plans.

Within the scope of these tasks, the existing space, where no work was detailed on the plans to be done, required substantial extra expense to bring everything up to code.

Includes: HVAC
Electrical
Fire Alarm, Sprinklers $ 56,533.00

An additional 300 l.f. of wall not reflected on plans as well as additional doors, carpeting, and painting totaled $ 37,263.00

See Me

Coxy

1900 Cameron Street • PO Box 10007 • Raleigh, NC 27605-0007
919/821-1350 • 919/828-9240 Fax • www.yorkproperties.com

Institute of Real Estate Management (IREM)
-Accredited Management Organization (AMO)
-Certified Property Manager (CPM)
-Accredited Residential Manager (ARM)
International Council of Shopping Centers (ICSC)
-Certified Shopping Center Manager (CSM)
Society of Industrial and Office Realtors/Individual Member (SIOR)

INUVO3997

MARKETSMART ADVERTISING, INC.



27267

YORK PROPERTIES, INC.                                              2/15/2007

| Date | Reference | Balance Due | Discount | Payment |
|---|---|---|---|---|
| 1/31/07 | 013107 | $134,430.38 | $0.00 | $50,000.00 |

OPERATING    UPFIT FOR MSA                          Check Amount    $50,000.00

*READY TO REORDER? CALL 1-800-433-8810 OR VISIT US AT www.intuitmarket.com/orderchecks*
537141 (6/06)

---

MARKETSMART ADVERTISING, INC.                                         27168

YORK PROPERTIES, INC.                                              1/31/2007

| Date | Reference | Balance Due | Discount | Payment |
|---|---|---|---|---|
| 1/31/07 | 013107 | $259,430.38 | $0.00 | $125,000.00 |

OPERATING    UPFIT FOR MSA                          Check Amount    $125,000.00

*READY TO REORDER? CALL 1-800-433-8810 OR VISIT US AT www.intuitmarket.com/orderchecks*
537141 (6/06)

INUVO3996