# EXHIBIT 9

## INVOICE FOR IMPROVEMENTS




Asset Management • Leasing
Property Management • Brokerage

# INVOICE

## MARKET SMART
## 300 PERIMETER PARK DRIVE
## MORRISVILLE, NORTH CAROLINA

To upfit space as per plans provided by **Market Smart**:

        Total Cost:          $ 259,430.38

Unexpected work required by the Town of Morrisville inspectors includes code issues and changes required by engineered plans.

Within the scope of these tasks, the existing space, where no work was detailed on the plans to be done, required substantial extra expense to bring everything up to code.

Includes:    HVAC
                Electrical
                Fire Alarm, Sprinklers        $ 56,533.00

                An additional 300 l.f. of wall not reflected
                on plans as well as additional doors, carpeting,
                and painting totaled        $ 37,263.00

*See Me*

*Coxy*

1900 Cameron Street • PO Box 10007 • Raleigh, NC 27605-0007
919/821-1350 • 919/828-9240 Fax • www.yorkproperties.com

Institute of Real Estate Management (IREM)
•Accredited Management Organization (AMO)
•Certified Property Manager (CPM)
•Accredited Residential Manager (ARM)
International Council of Shopping Centers (ICSC)
•Certified Shopping Center Manager (CSM)
Society of Industrial and Office Realtors/Individual Member (SIOR)

INUVO3997

MARKETSMART ADVERTISING, INC.

**27267**

YORK PROPERTIES, INC.

| Date | Reference | Balance Due | Discount | 2/15/2007 Payment |
|---|---|---|---|---|
| 1/31/07 | 013107 | $134,430.38 | $0.00 | $50,000.00 |

OPERATING    UPFIT FOR MSA    Check Amount    $50,000.00

*PAYMENT RECORD*

*READY TO REORDER? CALL 1-800-433-8810 OR VISIT US AT www.intuitmarket.com/ordercheks*
537141 (6/06)

---

MARKETSMART ADVERTISING, INC.

**27168**

YORK PROPERTIES, INC.

| Date | Reference | Balance Due | Discount | 1/31/2007 Payment |
|---|---|---|---|---|
| 1/31/07 | 013107 | $259,430.38 | $0.00 | $125,000.00 |

OPERATING    UPFIT FOR MSA    Check Amount    $125,000.00

*PAYMENT RECORD*

*READY TO REORDER? CALL 1-800-433-8810 OR VISIT US AT www.intuitmarket.com/orderchecks*
537141 (6/06)

INUVO3996